UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEONARDA BAUTISTA as Parent and Natural Guardian of A.B., and LEONARDA BAUTISTA Individually,<br><br>Plaintiff,<br><br>-against-<br><br>NEW YORK CITY DEPARTMENT OF EDUCATION, et al.,<br><br>Defendants. | 23-CV-11161 (ALC) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

By Order of Reference dated March 5, 2023 (ECF 13), Judge Andrew L. Carter, Jr. referred this case to me for general pretrial supervision, discovery, non-dispositive pretrial motions, and settlement.

IT IS ORDERED that the Office of State Review of the New York State Education Department ("Office of State Review") shall, within thirty days of receipt of this Order, mail a certified copy of the administrative record in Office of State Review Appeal No. 23-131 ("Certified Record") to counsel for Defendants, Eric Brandon Hiatt, Assistant Corporation Counsel, New York City Law Department, 100 Church Street, New York, New York 10007.

IT IS FURTHER ORDERED that upon receipt of the Certified Record from the Office of State Review, Defendants' counsel shall provide Bates-stamped courtesy copies of such record to Plaintiff's counsel and shall file the Certified Record with the Court under seal pursuant to Rule 5.2(d) of the Federal Rules of Civil Procedure. Within seven days of the receipt of the Certified Record, the parties shall meet and confer in good faith to discuss whether there is any

dispute that the Certified Record is complete and accurate. **By April 19, 2024**, the parties shall file a joint status letter updating the Court about the existence and nature of any such dispute(s). If there are no such disputes between them, then the parties' April 19 letter will also propose a briefing schedule for anticipated motion practice.

DATED:  March 12, 2024
           New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge