**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
LEONARDA BAUTISTA, as Parent and Natural
Guardian Of A.B., and LEONARDA BAUTISTA,
Individually

                Plaintiff,           23 **CIVIL** 11161 (ALC)(RFT)

    -against-                   **JUDGMENT**

DAVID C. BANKS, in his official capacity as
Chancellor AND ORDER of the New York City
Department of Education, and THE NEW YORK
CITY DEPARTMENT OF EDUCATION,

                Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 19, 2025, Plaintiff's motion for summary judgment is hereby DENIED and Defendants' cross-motion for summary judgment is otherwise GRANTED. Accordingly, the case is closed.

**Dated:** New York, New York

      March 19, 2025

                                                                   **TAMMI M. HELLWIG**
                                                                     **Clerk of Court**

                         **BY:**
                                                                     **Deputy Clerk**